```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

DANNIE LEE BEVERLY,                :
                                   :
    Petitioner,                    :
                                   :           PRISONER
V.                                 :   Case No. 3:09-CV-1921 (RNC)
                                   :
WARDEN MURPHY,                     :
                                   :
    Respondent.                    :

### ORDER OF TRANSFER

Petitioner, a Connecticut inmate proceeding pro se, seeks leave to file a second application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. His prior application was denied on the merits. See Beverly v. Warden, 3:07-CV-1333(RNC), 2009 WL 322870 (D. Conn. Feb. 7, 2009). A second application for habeas relief cannot be considered without prior authorization from the Court of Appeals. See 28 U.S.C. § 2244(b)(3)(A). Accordingly, this case is hereby transferred to the United States Court of Appeals for the Second Circuit for a determination of whether such authorization should be granted. See Liriano v. United States, 95 F.3d 119, 122 (2d Cir. 1996).

So ordered this 10th day of February 2010.

                                             /s/ Robert N. Chatigny
                                             Robert N. Chatigny
                                   United States District Judge